# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE M. PAVON, | |
| Plaintiff, | Case No. 2:12-cv-00928-JCM-RJJ |
| vs. | **ORDER** |
| UPS, et al., | (Mot's Resched ENE - Dkt. ##27, 28, 29) |
| Defendants. | |

Before the court is Defendant, IBT 631's Request to Reschedule ENE Session (Dkt. #27); Defendant, IBT 631's Supplement to Its Request to Reschedule ENE Session (Dkt. #28); and Defendant, IBT 631's Amended Supplement to Its Request to Reschedule ENE Session (Dkt. #29). The court has reviewed the documents and finds that good cause exists to reschedule the ENE Session. As such,

**IT IS ORDERED** that:

1. Defendant, IBT 631's Request to Reschedule ENE Session (Dkt. #27); Defendant, IBT 631's Supplement to Its Request to Reschedule ENE Session (Dkt. #28); and Defendant, IBT 631's Amended Supplement to Its Request to Reschedule ENE Session (Dkt. #29) are **GRANTED**.

2. The ENE Conference, currently scheduled for October 5, 2012, at 9:30 a.m., before the undersigned, is **VACATED** and **CONTINUED** to **December 13, 2012, 1:30 p.m.**, in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

3. The deadline for chambers to receive the confidential settlement conference statements,

currently due September 28, 2012, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., December 6, 2012.**

Dated this 26th day of September, 2012.

_____
Peggy A. Leen
United States Magistrate Judge